IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN DONNELL,** **PLAINTIFFS**
**individually and on behalf of**
**those similarly situated**

v.   CASE NO. 4:19-CV-00283 BSM

**DASSAULT FALCON JET CORP.** **DEFENDANT**

## ORDER

The joint motion for a stay [Doc. No. 10] is granted. This case is stayed until the appeal in *Coates v. Dassault Falcon Jet*, 4:17-cv-00372, is resolved. When it is resolved, the parties shall move to lift the stay. Further, the Clerk is directed to mark this case and *Coates* as related.

IT IS SO ORDERED this 24th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE